DENIS R. HURLEY
*United States District Judge*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND FEDERAL COURTHOUSE
934 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722-4447

RECEIVED

2009 JUL -8  A 10: 38

FINANCIAL
DISCLOSURE OFFICE

June 30, 2009

Hon. Bobby R. Baldock, Chair
Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E.
Washington, D.C.  20544

> RE: Amendments to Calendar
> Year 2008 Filing

Dear Judge Baldock:

With respect to your letter of May 29, 2009, the information required to correct the errors in my Financial Disclosure Report for 2008, filed on March 31, 2009, are as follows:

A.   The "County Wide Bank, FSB CD" listed in Part VII, page 4, line 12 is a Certificate of Deposit purchased on May 20, 2008 with monies withdrawn from our continuing account with Suffolk County National Bank. Accordingly, line 12 Column D(1) should read "buy," Column D(2) should read "5/20/08," and Column D(3) should read "L."

B.   The "TD Armatrade Money Market" listed in Part VII, page 4, line 11 erroneously has a code "B" in Column B(1). Accordingly, Column B(1) should have been left blank as no income was received during the reporting period; Column B(2) should read, as it does, "None."

C.   The "Wal-Mart Stores Common" listed in Part VII, page 4, line 6 is incomplete in that Column C was inadvertently left blank. Column C(1) should read "J" and Column C(2) should read "T."

I hope the above corrections and additional information cure the defects in my earlier submission.

Sincerely,



| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) HURLEY, DENIS R. | 2. Court or Organization U.S.D.C.E.D.N.Y. | 3. Date of Report 03/31/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address LONG ISLAND FEDERAL COURTHOUSE 914 FEDERAL PLAZA CENTRAL ISLIP, N.Y. 11722-4447 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2009 MAR 20 A 11: 01 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | NEW YORK STATE RETIREMENT SYSTEM | $25,672.32 |
| 2. 2008 | JUDICIAL RETIRES AND SURVIVORS | $163,208.14 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. ---------- | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. International Judicial Academy | 9/21/08 - 9/26/08 | The Hague Netherlands | Study International Law | Scholarship of $1500 applied against my travel, food and lodging expenses of approximagely $2500 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HURLEY, DENIS R. | 03/31/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HURLEY, DENIS R. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUFFOLK FEDERAL CREDIT UNION | A | Interest | M | T | | | | | |
| 2. NY COMMUNITY BANKCORP, INC. | B | Dividend | K | T | | | | | |
| 3. SUFFOLK COUNTY NATIONAL BANK | A | Interest | L | T | | | | | |
| 4. APPLE COMPUTER, INC. COMMON | | None | J | T | | | | | |
| 5. DELL COMPUTER, INC. COMMON | | None | J | T | | | | | |
| 6. WAL-MART STORES COMMON | A | Dividend | | | | | | | |
| 7. FONAR CORP COMMON | | None | J | T | | | | | |
| 8. NORTH AMERICAN SCIENTIFIC, INC. DEL. | | None | J | T | | | | | |
| 9. SCANSOURCE UBC. COMMON | | None | J | T | | | | | |
| 10. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 11. TD ARMATRADE MONEY MARKET | B | None | J | T | | | | | |
| 12. COUNTRYWIDE BANK, FSB CD | B | Interest | L | T | | | | | |
| 13. SALTON COMMOM | | None | | T | Sold | 12/08 | J | | |
| 14. AVINCI MEDIA CORPORATION CO MMONG | A | Dividend | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HURLEY, DENIS R. | 03/31/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

LINE 14   AVINCI MEDIA CORPORATION  ACQUIRED TIDEL CORPORATION WHICH HAD BEEN LISTED AS ASSET ON PRIOR REPORTS AS TIDEL CORPORATION

LINE 13   SALTON SOLD AT A LOSS AND NO INCOME DURING THE PERIOD.

| Name of Person Reporting | Date of Report |
|---|---|
| HURLEY, DENIS R. | 03/31/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544